JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPARE C. ONETO, PAUL M. NAKABAYASHI, SANDRA L. NAKABAYASHI, JOHN BUTLER, AND LINDA BUTLER, AS INDIVIDUALS AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE RYLAND GROUP, INC.; RYLAND HOMES OF CALIFORNIA, INC.; RYLAND MORTGAGE COMPANY; AND DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No. EDCV 09-01670 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 31, 2010

　　　　　　　　　　　　　　　　　_/s/ Virginia A. Phillips_
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge